IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>              Plaintiff,<br><br>vs.<br><br>OSWALDO MOLINA CISNEROS and VICTOR MOLINA-MORALES,<br><br>              Defendants. | 8:25CR54<br><br>FINAL ORDER OF FORFEITURE |

This matter is before the Court upon the United States of America=s Motion for Final Order of Forfeiture. (Filing No. 63). The Court reviews the record in this case and, being duly advised in the premises, finds as follows:

1. On October 2, 2025, the Court entered a Preliminary Order of Forfeiture (Filing No. 51) forfeiting Defendant, Oswaldo Molina Cisneros', interest in $3,861.00 United States currency.

2. On October 27, 2025, the Court entered a Preliminary Order of Forfeiture (Filing No. 58) forfeiting Defendant, Victor Molina-Morales', interest in $3,861.00 United States currency.

3. Notice of Criminal Forfeiture was posted on an official internet government forfeiture site, www.forfeiture.gov, for at least thirty consecutive days, beginning on October 3, 2025, as required by Rule G(4)(a)(iv)(C) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions. A Declaration of Publication was filed herein on December 9, 2025. (Filing No. 62).

4. The United States advises the Court that no party has filed a petition regarding the subject Property. From a review of the Court file, the Court finds that no person or entity has filed a petition.

5. The Motion for Final Order of Forfeiture should be granted.

IT IS ORDERED:

1. The government's Motion for Final Order of Forfeiture (Filing No. 63) is granted.

2. All right, title and interest in and to the subject Property, held by any person or entity are forever barred and foreclosed.

3. The subject Property is forfeited to the government.

4. The government is directed to dispose of the subject Property in accordance with law.

ORDERED this 11th day of December, 2025.

BY THE COURT:

s/ Joseph F. Bataillon
Senior United States District Judge